❑ Original        ❑ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Mar 31, 2026
s/ OH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>US Priority Mail Parcel<br>9505 5142 3353 6082 6568 48 | )<br>)<br>)<br>)<br>)<br>) | Case No.  26-M-372 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:       Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Eastern_____ District of _____Wisconsin_____
*(identify the person or describe the property to be searched and give its location)*:

USPS Priority Mail Parcel  #9505 5142 3353 6082 6568 48, addressed from "The Shirt Shop, 29758 Redwood Hwy, O'Brien, OR 97534" addressed to "Gabe Garcia, 3047 Carpenter Ave., Mt. Pleasant, WI 53403", currently at the Milwaukee USPIS Office as further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of conspiracy/possession with intent to distribute/distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846, as described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____4-14-26_____ *(not to exceed 14 days)*
❑ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Stephen C. Dries_____ .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*    ❑ until, the facts justifying, the later specific date of _____ .

Date and time issued:     3-31-26. 1:10 pm                    *Stephen C. Dries*
                                                                            *Judge's signature*

City and state:       Milwaukee, WI              Honorable Stephen C. Dries, U.S. Magistrate Judge
                                                                            *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

The property to be searched is USPS Priority Mail parcel bearing USPS tracking number 9505 5142 3353 6082 6568 48 (**SUBJECT PARCEL**). The **SUBJECT PARCEL** is described as approximately 111.25" x 8.5" x 6", a medium white Priority Mail flat rate box, weighing approximately 1 pounds 10.6 ounces or 754.09 grams, and bearing USPS Priority Mail parcel number 9505 5142 3353 6082 6568 48.  The **SUBJECT PARCEL** has a written label addressed from, "The Shirt Shop, 29758 Redwood Hwy, O'Brien, OR 97534". The written label is addressed to "Gabe Garcia, 3047 Carpenter Ave., Mt. Pleasant, WI 53403". The Postage paid was $22.95.

## ATTACHMENT B

### Particular Things to be Seized

All records, information, items, or things that constitute the fruits, instrumentalities, proceeds, and evidence of violations of 21 U.S.C. §§ 841(a)(1)/846 (distribution and possession with intent to distribute a controlled substance/conspiracy) and 843(b) (use of a communication facility (including the mails) to facilitate the distribution of a controlled substance), including but not limited to:

A. any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances, including packaging materials and containers to hold controlled substances;

B. Proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and,

C. Documents or records relating to the distribution or possession with intent to distribute controlled substances, including drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, or times when controlled substances were obtained, transferred, sold, distributed, or concealed.

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Mar 31, 2026
s/ OH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

US Priority Mail Parcel
9505 5142 3353 6082 6568 48

)
)
)
)
)
)

Case No.   26-M-372

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

USPS Priority Mail Parcel  #9505 5142 3353 6082 6568 48, addressed from "The Shirt Shop, 29758 Redwood Hwy, O'Brien, OR 97534" addressed to "Gabe Garcia, 3047 Carpenter Ave., Mt. Pleasant, WI 53403", currently at the Milwaukee USPIS Office.

located in the _____Eastern_____ District of _____Wisconsin_____ , there is now concealed *(identify the person or describe the property to be seized)*:

A controlled substance, fruits of crime, or other evidence of distribution of a controlled substance, and unlawful use of a communication facility, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance, unlawful use of a communication facility, |
| 21 U.S.C. § 843(b) | and conspiracy. |
| 21 U.S.C. § 846 | |

The application is based on these facts:

see attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

**Erik Meidlinger**
Digitally signed by Erik Meidlinger
Date: 2026.03.31 11:29:45 -05'00'

*Applicant's signature*

Erik J. Meidlinger, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means)*.

Date:   3-31-26

*Judge's signature*

City and state:   Milwaukee, WI      Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR A SEARCH WARRANT**

I, Erik J Meidlinger, being first duly sworn, hereby depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1.      I am a United States Postal Inspector, assigned to the United States Postal Inspection Service ("USPIS") Domicile in Milwaukee, Wisconsin.  I have been a federal law enforcement agent for over four years.  From July 2017 to January 2022, I served as a Special Agent with the United States Secret Service and from January 2022, to the present day, with the USPIS.

2.      The USPIS is the primary investigative arm of the United States Postal Service ("USPS") and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking and identity theft involving the United States Mail.

3.      In 2010, I graduated from California State University Stanislaus with a Bachelor's degree in Criminal Justice and by 2012 completed 18 credit hours towards a Master's degree in Criminal Justice at California State University Stanislaus.

4.      During my time as a law enforcement officer, I completed numerous hours of training on criminal drug use, abuse, and trafficking.  I have had both formal training and have participated in drug investigations.  More specifically, my training and experience includes the following:

     a. I am familiar with the appearance and street names of various drugs, including marijuana, heroin, cocaine, cocaine base (unless otherwise noted, all references to crack cocaine in this affidavit is cocaine base in the form of crack cocaine), ecstasy,

1

methamphetamine, and fentanyl. I am familiar with the methods used by drug dealers to package and prepare controlled substances for sale. I know the street values of different quantities of the various controlled substances;

b. I am familiar with the language utilized over the telephone to discuss drug trafficking, and know that the language is often limited, guarded, and coded;

c. I know that drug traffickers often use electronic equipment and wireless and land line telephones to conduct drug trafficking operations;

d. I know that drug traffickers commonly have in their possession, and at their residences and other locations where they exercise dominion and control, firearms, ammunition, and records or receipts pertaining to such;

e. I know that drug traffickers often put their telephones in nominee names in order to distance themselves from telephones that are utilized to facilitate drug trafficking; and

f. I know that drug traffickers often use drug proceeds to purchase assets such as vehicles, property, and jewelry. I also know that drug traffickers often use nominees to purchase and/or title these assets in order to avoid scrutiny from law enforcement officials.

5. Based on my training, experience and discussion with fellow United State Postal Inspectors, Kenosha Sheriff's Department detectives, and North Central High Intensity Drug Trafficking Area (HIDTA) drug task force officers, I know narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the USPS system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

**PURPOSE OF AFFIDAVIT**

6. This affidavit is made in support of a Federal Search and Seizure Warrant for the **SUBJECT PARCEL** (described below), for items which may constitute the fruits, instrumentalities, proceeds and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and

2

843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

7. This affidavit is made in support of an application for a Federal Search and Seizure Warrant for a USPS Priority Mail piece (**SUBJECT PARCEL**). The **SUBJECT PARCEL** is described as a 11.25" x 8.5" x 6", a medium white Priority Mail flat rate box, weighing approximately 1 pounds 10.6 ounces or 754.09 grams, and bearing USPS Priority Mail parcel number 9505 5142 3353 6082 6568 48. The **SUBJECT PARCEL** has a written label addressed from, "The Shirt Shop, 29758 Redwood Hwy, O'Brien, OR 97534". The written label is addressed to "Gabe Garcia, 3047 Carpenter Ave., Mt. Pleasant, WI 53403". The Postage paid was $22.95.

## INVESTIGATION OF THE SUBJECT PARCEL

8. I, and other Postal Inspectors, have identified a trend of drug traffickers mailing controlled substances into the Eastern District of Wisconsin, from states in the Western United States, the Caribbean, and along the international border such as: Washington, Oregon, California, Colorado, Nevada, New Mexico, Texas, Arizona and the territorial island of Puerto Rico. There, controlled substances are more easily and readily available, due to certain state laws, and a porous

3

international border, among other reasons. Inasmuch as individuals who would receive these controlled substances through the United States Mail are obliged to pay for said controlled substances, often, the United States Mail is utilized by drug recipients to send payments back to the drug traffickers along the West Coast, along the Southwestern United States and Puerto Rico. As such, within the Prohibited Mail-Narcotics program area of the USPIS, certain indicators have been identified in the area of the trafficking of both illegal drugs, and their proceeds, through the United States Mail.

9. I, along with other Milwaukee Postal Inspectors, conduct routine examinations of Postal Service databases and the outside of parcels traveling in the USPS Priority Mail and Priority Mail Express to the Eastern District of Wisconsin from states in the Southwest and Western United States as well as the territory of Puerto Rico.

10. On Wednesday, March 25, 2026, Postal Inspector Erik Meidlinger conducted a search of Postal databases for parcels coming to the Racine, WI area and it revealed one parcel mailed from O'Brien, OR to Racine, WI. The mailing characteristics of the parcel matched previous narcotics parcels mailed through the United States Postal System that were intercepted and opened through search warrant or consent by Postal Inspectors which resulted in seizures of illegal narcotics.

11. On Thursday, March 26, 2026, Postal Inspector Erik Meidlinger intercepted the **SUBJECT PARCEL** addressed to 3047 Carpenter Ave., Mt. Pleasant, WI 53403 at the Oak Creek Carrier Annex.

12. Examination of the exterior of the parcel revealed that it was addressed via a printed label. Phone numbers were not listed for the receiver or sender. An option of a signature required upon receipt was not used by the sender. These again are strong indicators of drug trafficking

4

behavior of the **SUBJECT PARCEL**, which I am aware of based on my training, experience and discussion with fellow United States Postal Inspectors. The fee-free signature delivery confirmation of the intended recipient was not requested for the **SUBJECT PARCEL**. The use of "Waiver of Signature" for Priority Mail parcels is a common practice identified by the USPIS in the trafficking of illegal drugs and currency through the United States Mail; as it is used to subvert law enforcement attempts for a controlled delivery of said parcels.

### *CLEAR database query, Mailer information and K9 sniff and hit by Racine Sheriffs Office of SUBJECT PARCEL*

13.     United States Postal Service database searched by USPIS Inspector Erik Meidlinger revealed the address 3047 Carpenter Ave., Mt. Pleasant, WI 53403 does exist as a physical address. There is record through ThomsonReuters CLEAR database of Gabriel Garcia at that address.  United States Postal Service databases searched by USPIS Inspector Erik Meidlinger revealed the address 29758 Redwood Hwy, O'Brien, OR 97534 does not exist as a real physical address and there is no record through USPS database Change of Address Record System (COARS) and ThomsonReuters CLEAR database of a business called The Shirt Shop located in O'Brien, OR or in the surrounding areas.

14.     The United States Postal Inspection Service cooperates and works with Racine County Sheriff's Department on criminal investigations in Racine County. Postal Inspector Erik Meidlinger contacted Racine Sheriff's Sergeant Kurt Heiser about the suspicious parcel and inquired about a canine handler to conduct a sniff of the air near the **SUBJECT PARCEL**.  On Friday, March 27, 2026, I met with Racine Sheriff's Deputy Cortnie Schattner, a certified narcotics K9 handler, and her canine "Gus" at the Sturtevant Police Department, located at 2801 89th St.,

5

Sturtevant, WI 53177. Deputy Schattner has been a K9 handler with her current K9 partner, Gus, since January 2024. Deputy Schattner and K9 Gus attended Southern Police Canine Inc. in North Carolina in January 2024 for 6 weeks and successfully completed the 6-week course. Deputy Schattner and K9 Gus certified in drug detection, building and area searching, apprehension, and article/evidence searching. Deputy Schattner and K9 Gus routinely conduct drug detection training while on duty to maintain and improve proficiency. Deputy Schattner and K9 Gus also train at least 16 hours per month. K9 Gus is trained to detect the odor illegal drugs and their derivatives including; Cocaine, Cocaine base, Heroin, Ecstasy, and Methamphetamine. K9 Gus has been trained to detect the odor of illegal drugs emanating from (but not limited to); outside/inside of vehicles, lockers, luggage, packages, as well as residential and commercial structures. K9 Gus receives ongoing training where no illegal drugs or their odors are present. K9 Gus also has continual extinction training which proofs the dog from indicating on common things associated with illegal drugs. The items include but are not limited to such things as plastic bags, latex gloves, and U.S. currency. When K9 Gus encounters certain drugs listed above K9 Gus gives what is known as a final indication that consists of his breathing to change, his body becomes ridged/drastic change in behavior, and aggressive scratching. Through Deputy Schattner's training and experience with Gus she is aware of these unique behavior changes exhibited by Gus that constitutes an indication, and Deputy Schattner has been trained and is able to recognize those indications when they occur.

15. On March 27, 2026, the **SUBJECT PARCEL** was placed amongst multiple empty boxes in a work area on the 1st floor at the Sturtevant Police Department in Sturtevant, Wisconsin. Deputy Schattner, Sergeant Heiser, and Postal Inspector Erik Meidlinger watched as Gus conducted a sniff of all parcels in the conference, including the **SUBJECT PARCEL**. K9 Gus

6

was on-leash and Deputy Schattner began walking Gus around the packages with no commands given.  Gus walked past the first packages, and Deputy Schattner observed no change in behavior. Gus began to slow all forward momentum and took a deep sniff along the package seam. Gus began aggressively scratching, bit and tossed the package, as Deputy Schattner walked to the end of the leash and his body became stiff while scratching. Deputy Schattner stated these changes are consistent with Gus detecting the odor of a narcotic he is trained to locate.  Deputy Schattner advised Gus gave a final indication to the **SUBJECT PARCEL**.

16.     Based upon the information as outlined in this affidavit, I respectfully believe that the **SUBJECT PARCEL** may contain controlled substances being trafficked through the United States Mail. Consequently, I respectfully request authorization to open the **SUBJECT PARCEL,** further described in Attachment A and search its contents for evidence of controlled substance trafficking, as detailed in Attachment B. I also request permission to seize contents of the parcel as evidence, that may constitute contraband, proceeds or fruits of the crime of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribution and Possession with Intent to Distribute a Controlled Substance, and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance).

17.     I have not included in this affidavit each and every fact known to me regarding this investigation and search warrant application request; the facts included are only those that I, respectfully, believe may relate to a determination of whether there is probable cause to believe that items sought to be seized will be found in the place, or item, to be searched, and whether those items are evidence of the offenses identified in this affidavit.

7

18.     The **SUBJECT PARCEL** is currently being held at the United States Postal Inspection Service office in Milwaukee, Wisconsin.

Case 2:26-mj-00372-SCD     Filed 03/31/26     Page 13 of 15     Document 1

## ATTACHMENT A

### Property to Be Searched

The property to be searched is USPS Priority Mail parcel bearing USPS tracking number 9505 5142 3353 6082 6568 48 (**SUBJECT PARCEL**). The **SUBJECT PARCEL** is described as approximately 111.25" x 8.5" x 6", a medium white Priority Mail flat rate box, weighing approximately 1 pounds 10.6 ounces or 754.09 grams, and bearing USPS Priority Mail parcel number 9505 5142 3353 6082 6568 48.  The **SUBJECT PARCEL** has a written label addressed from, "The Shirt Shop, 29758 Redwood Hwy, O'Brien, OR 97534". The written label is addressed to "Gabe Garcia, 3047 Carpenter Ave., Mt. Pleasant, WI 53403". The Postage paid was $22.95.

# ATTACHMENT B

## Particular Things to be Seized

All records, information, items, or things that constitute the fruits, instrumentalities, proceeds, and evidence of violations of 21 U.S.C. §§ 841(a)(1)/846 (distribution and possession with intent to distribute a controlled substance/conspiracy) and 843(b) (use of a communication facility (including the mails) to facilitate the distribution of a controlled substance), including but not limited to:

A. any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances, including packaging materials and containers to hold controlled substances;

B. Proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and,

C. Documents or records relating to the distribution or possession with intent to distribute controlled substances, including drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, or times when controlled substances were obtained, transferred, sold, distributed, or concealed.